JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MASTERCHEM INDUSTRIES LLC, a Missouri limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PPG ARCHITECTURAL FINISHES, INC., a Delaware corporation; and DOES 1-10,<br><br>Defendants. | CASE NO. 8:16-cv-00491-AG-AJW<br><br>**ORDER DISMISSING CASE AND RETAINING JURISDICTION FOR PURPOSES OF ENFORCING SETTLEMENT AGREEMENT**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

Upon consideration of the Parties' Stipulated Notice of Dismissal and Request for Retention of Jurisdiction For Purposes Of Enforcing Settlement Agreement, the Parties request is **GRANTED**.

**IT IS HEREBY ORDERED THAT**:

1. ANY AND ALL CLAIMS in the above-captioned action are DISMISSED WITH PREJUDICE; and,

2. This Court shall retain jurisdiction over this case and the Parties for purposes of enforcing the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: September 02, 2016   _____
The Hon. Andrew J. Guilford
United States District Judge